1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ASSEM HOSSEIN,                          No.  2:15-cv-1529 AC P

12                  Petitioner,

13        v.                                  ORDER

14   SACRAMENTO COUNTY MAIN JAIL,

15                  Respondent.

16

17          Petitioner is a county prisoner proceeding pro se with this civil rights action pursuant to 42

18   U.S.C. § 1983.  Petitioner has consented to the jurisdiction of the undersigned magistrate judge

19   for all purposes pursuant to 28 U.S.C. § 636(c) and Local Rule 305(a).  ECF No. 4.

20          A recent court order was served on petitioner's address of record and returned by the

21   postal service.  It appears that petitioner has failed to comply with Local Rule 182(f), which

22   requires that a party appearing in propria persona inform the court of any address change.  More

23   than sixty-three days have passed since the court order was returned by the postal service and

24   petitioner has failed to notify the Court of a current address.

25   ////

26   ////

27   ////

28   ////

1

1          Accordingly, IT IS HEREBY ORDERED that this action be dismissed for without

2   prejudice for failure to prosecute.  <u>See</u> Local Rule 183(b).

3   DATED:  April 11, 2016

4

ALLISON CLAIRE
5                                                              UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28